U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2020

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Christopher Tavares-Brito et al.,* **17 Cr. 372 (NRB)**

Dear Judge Buchwald:

    The Government writes to request, with the consent of defense counsel, that the Court adjourn the sentencings for defendants Christopher Tavares-Brito, Victor Rosario-Arias, and Darlyn Genao-Rojas in the above-captioned matter. The defendants are currently scheduled to be sentenced on May 14, 2020. In light of the current public health crisis, the parties request that the Court adjourn the sentencing to late June or early July.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:   /s/ Sheb Swett
    Sheb Swett
    Assistant United States Attorney
    Southern District of New York
    (212) 637-6522

cc:    All counsel (by ECF)

> Defendants' sentencings are adjourned until July 15, 2020. Mr. Tavares-Brito's sentencing will be at 11 a.m. Mr. Rosario-Arias' sentencing will be at 12 p.m. Mr. Genao-Rojas' sentencing will be at 1 p.m. The Government's submissions are due on June 19, 2020. Defendants' submissions are due on July 2, 2020.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  April 30, 2020